**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| The Retirees of the<br>Goodyear Tire and Rubber Company<br>Health Care Trust Committee,<br>*and all others similarly situated*, | )<br>)<br>)<br>)<br>) | |
| | ) | **CIVIL ACTION NO. 13-10124** |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| State Street Corporation, State Street<br>Bank & Trust Co., and<br>State Street Global Advisors, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**NOTICE OF APPEARANCE OF JEFFREY B. RUDMAN**

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of the Defendants in

the above-captioned matter.

Respectfully Submitted,

/s/   Jeffrey B. Rudman
Jeffrey B. Rudman (BBO # 433380)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
jeffrey.rudman@wilmerhale.com
Tel:  (617) 526-6000
Fax: (617) 526-5000

Dated:  January 28, 2013

## CERTIFICATE OF SERVICE

I, Sara N. Raisner, hereby certify that this Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by overnight mail on January 28, 2013 to any non-registered participants.

_____
Sara N. Raisner