**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| The Retirees of the<br>Goodyear Tire and Rubber Company<br>Health Care Trust Committee,<br>*and all others similarly situated*,<br><br>                                    Plaintiffs,<br><br>               v.<br><br>State Street Corporation, State Street<br>Bank & Trust Co., and<br>State Street Global Advisors,<br><br>                                    Defendants. | )<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 13-10124**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF ERIC G. PENLEY

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of the Defendants in the above-captioned matter.

                                                                      Respectfully Submitted,

                                                                      /s/   Eric G. Penley
                                                                      Eric G. Penley (BBO # 678920)
                                                                      WILMER CUTLER PICKERING
                                                                        HALE AND DORR LLP
                                                                      60 State Street
                                                                      Boston, Massachusetts 02109
                                                                      eric.penley@wilmerhale.com
                                                                      Tel:  (617) 526-6000
                                                                      Fax: (617) 526-5000

Dated:  January 28, 2013

## **CERTIFICATE OF SERVICE**

      I, Sara N. Raisner, hereby certify that this Notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by overnight mail on January 28, 2013 to any non-registered participants.

_____
Sara N. Raisner