**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| **The Retirees of the Goodyear Tire** | ) |
| **and Rubber Company Health Care** | ) |
| **Trust Committee** *and all others* | ) |
| *similarly situated*, | )   **CIVIL ACTION NO:** 1:13-cv-10124 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **State Street Corporation, State Street** | ) |
| **Bank and Trust Company, and** | ) |
| **State Street Global Advisors,** | ) |
| | ) |
| Defendants. | ) |

_____)

**DEFENDANTS' ASSENTED-TO MOTION FOR**
**AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants State Street Corporation and State Street Bank and Trust Company (together with its State Street Global Advisors division) ("Defendants") respectfully request that the Court grant Defendants an extension of time of 18 days to answer, move or otherwise respond to The Retirees of the Goodyear Tire and Rubber Company Health Care Trust Committee's Class Action Complaint (the "Complaint") (Dkt. No. 1).  Defendants request that the deadline for this filing, presently set for March 29, 2013 (Dkt. Nos. 11, 14-15), be adjourned until April 16, 2013.

In support of the requested extension, Defendants state that Plaintiff filed its Complaint on January 21, 2013, and Defendants returned Plaintiff's request to waive service of summons on January 28, 2013 (Dkt. Nos. 11, 14-15).  The Complaint includes a new claim that was not asserted in a related action, *Glass Dimensions, Inc. v. State Street Corp.* (No. 1:10-cv-10588). Further, the Complaint relates to a new investment product that was not the subject of the *Glass*

*Dimensions* litigation (common trust funds).  The parties believe that an 18-day extension of the time to respond to the Complaint will allow Defendants sufficient time to address the new claim and new allegations asserted.  This is Defendants' first request for an extension in this action.

Plaintiff assents to this motion to extend the date of Defendants' response to the Complaint from March 29, 2013 to April 16, 2013.

**WHEREFORE**, for the reasons stated above, Defendants respectfully request that the Court grant this motion for an extension of time to file a response to the Complaint.

Dated:  February 8, 2013

        /s/ Lori A. Martin

Lori A. Martin (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
lori.martin@wilmerhale.com

Jeffrey B. Rudman (BBO #433380)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
jeffrey.rudman@wilmerhale.com

*Counsel for Defendants State Street*
*Corporation and State Street Bank and*
*Trust Company (together with its division*
*State Street Global Advisors)*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Brad E. Konstandt, hereby certify that, pursuant to Local Rule 7.1, prior to filing this motion, counsel for Defendants conferred with counsel for Plaintiff in this action, in an attempt to resolve or narrow the issues presented.  Plaintiff has assented to this motion.

/s/ Brad E. Konstandt_____
Brad E. Konstandt

## **CERTIFICATE OF SERVICE**

I, Sara N. Raisner, hereby certify that this motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by overnight mail to those indicated as non-registered participants on February 8, 2013.

/s/ Sara N. Raisner_____
Sara N. Raisner