UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE RETIREES OF THE GOODYEAR TIRE AND RUBBER COMPANY HEALTH CARE TRUST COMMITTEE, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 13-10124-JLT |
| STATE STREET CORPORATION, STATE STREET BANK & TRUST CO., and STATE STREET GLOBAL ADVISORS, | * * * * | |
| Defendants. | * * | |

ORDER

September 30, 2013

TAURO, J.

After reviewing the Parties' written submissions, this court hereby orders that Defendants' Motion to Dismiss Count III of the Complaint [#24] is DENIED AS MOOT and Defendants' Motion to Dismiss Count III of the Amended Complaint [#33] is DENIED WITHOUT PREJUDICE.

Plaintiff may plead in the alternative that the Goodyear Tire & Rubber Health Care Plan and Trust ("VEBA") is not an employee benefit plan under ERISA in Count III of the Amended Complaint [#27]. The Parties agree that if VEBA is an employee benefit plan subject to ERISA, ERISA preempts the remedy under state law contained in Count III.[1] Federal Rule of Civil Procedure 8(d)(2) and (3) authorizes alternative statements and inconsistent claims or defenses.

---

[1] Pls.' Mem. Law Opp'n Defs.' Mot. Dismiss Count III Am. Compl., 4 [#25]; Reply Mem. Law Supp. Defs.' Mot. Dismiss Count III Am. Compl., 2 [#38].

The Motion to Dismiss is therefore denied without prejudice to being re-raised if this court determines that VEBA is an employee benefit plan subject to ERISA.

With regard to the statute of limitations, this court agrees with Plaintiff that the Amended Complaint lacks sufficient facts, on its face, to support a statute of limitations defense. Defendants may re-raise this issue at a later date on the strength of greater evidence than the allegations in the Amended Complaint.

For the foregoing reasons, Plaintiff may plead Count III in the alternative.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro  
United States District Judge