UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Retirees of the Goodyear Tire and Rubber Company Health Care Trust Committee *and all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors, <br><br> Defendants. | ) ) ) ) CLASS ACTION COMPLAINT ) ) ) ) ) CIVIL ACTION NO: 1:13-CV-10124 ) ) ) ) ) ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER
DISMISSING ENTIRE ACTION WITH PREJUDICE**

Plaintiff, the Retirees of the Goodyear Tire and Rubber Company Health Care Trust Committee ("Plaintiff"), respectfully moves this Court for the entry of an order dismissing this action with prejudice. In support of this Motion, Plaintiff respectfully shows the following:

1. On January 21, 2013, Plaintiff filed this action against State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors ("Defendants"), alleging three claims for relief based upon allegations that Defendants (1) engaged in prohibited transactions involving retirement plan assets, (2) breached their fiduciary duties under ERISA by failing to prudently and loyally manage plan assets and, in the alternative, (3) breached their duties under Massachusetts common law (Class Action Complaint, Doc. No. 1).

2.	On May 7, 2013, in response to a motion by Defendants to dismiss Count III of the Complaint (Doc. No. 24), Plaintiff filed its First Amended Class Action Complaint (Doc. No. 27) alleging the same three claims for relief.

3.	On May 24, 2013, Defendants moved to dismiss Count III of the First Amended Class Action Complaint (Doc. No. 33).

4.	On September 30, 2013, following briefing by the parties, the Court entered an Order denying without prejudice Defendants' Motion to Dismiss Count III of the First Amended Complaint (Doc. No. 42).

5.	On October 14, 2013, Defendants filed their Answer to the First Amended Class Action Complaint (Doc. No. 43).

6.	This action has not been certified as a class action, and no motion for certification of the action as a class action under Rule 23 of the Federal Rules of Civil Procedure has been presented to or considered by the Court.

7.	Plaintiff, in its individual capacity and on its own behalf only, now desires that this action be dismissed with prejudice as against each of the Defendants and as to each of the claims asserted.  Plaintiff does not intend that the dismissal of this action impact the rights of any non-parties to the action, including members of the proposed class described in the Complaint or the First Amended Complaint.

8.	Plaintiff, through its counsel, has conferred with counsel for Defendants, who agree with the dismissal of this action with prejudice. The parties have agreed that no party shall be considered the prevailing party in this action and that each party shall bear its own costs of this litigation, including attorney's fees, except as may be set forth in a separate agreement of the parties.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing this action with prejudice, in its entirety, as against each of the Defendants and as to each claim alleged.

Dated: March 19, 2014                              Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Mark T. Johnson* |
| John Roddy, BBO No. 424240 | Todd M. Schneider |
| BAILEY & GLASSER LLP | Mark T. Johnson |
| 125 Summer Street | SCHNEIDER WALLACE |
| Suite 1030 | COTTRELL KONECKY LLP |
| Boston, MA 02110 | 180 Montgomery Street, Suite 2000 |
| Tel: (617) 439-6730 | San Francisco, CA 94104 |
| Fax: (617) 951-3954 | Tel: (415) 421-7100 |
|  | Fax: (415) 421- 7105 |
| Garrett W. Wotkyns |  |
| SCHNEIDER WALLACE | Gregory Y. Porter |
| COTTRELL KONECKY LLP | BAILEY & GLASSER LLP |
| 8501 North Scottsdale Rd., Suite 270 | 910 17th Street, NW |
| Scottsdale, AZ 85253 | Suite 800 |
| Tel: (480) 428-0142 | Washington, DC 20006 |
| Fax: (866) 505-8036 | Tel: (202) 463-2101 |
|  | Fax: (202) 463-2103 |
| Todd S. Collins |  |
| Shanon J. Carson | Brian A. Glasser |
| Ellen T. Noteware | Michael L. Murphy |
| BERGER & MONTAGUE, P.C. | BAILEY & GLASSER LLP |
| 1622 Locust Street | 209 Capitol Street |
| Philadelphia, PA 19103 | Charleston, WV 25301 |
| Tel: (215) 875-3040 | Tel: (304) 345-6555 |
| Fax: (215) 875-4604 | Fax: (304) 342-1110 |
|  |  |
|  | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on March 19, 2014.

/s/ *Mark T. Johnson*
Mark T. Johnson