UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Retirees of the Goodyear Tire and Rubber Company Health Care Trust Committee *and all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> State Street Corporation, State Street Bank & Trust Co., and State Street Global Advisors, <br><br> Defendants. | CLASS ACTION COMPLAINT <br><br> CIVIL ACTION NO: 1:13-CV-10124 |

## [PROPOSED] ORDER

Having considered Plaintiff's unopposed Motion for an Order Dismissing Entire Action with Prejudice, and finding good cause for granting the motion, IT IS HEREBY ORDERED AS FOLLOWS:

1. The within action is dismissed with prejudice as to each Defendant and each count alleged in the action;

2. As this action has not been certified as a class action under Rule 23 of the Rules of Civil Procedure, this dismissal is as to the named Plaintiff only;

3. Neither party is a prevailing party for any purpose; each party shall bear its own costs except to the extent otherwise agreed by the parties;

**IT IS SO ORDERED.**

Dated: March 20, 2014

_____
Hon. F. Dennis Saylor, IV
United States District Judge